No. 40, Orig. PENNSYLVANIA *v.* NEW YORK ET AL. Motion of American Express Co. for leave to file a brief as *amicus curiae* denied. [For earlier orders herein, see, *e. g.,* 401 U. S. 931.]

No. 70–250. CARLESON, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE, ET AL. *v.* REMILLARD ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, 404 U. S. 1013.] Motion of appellee Remillard for appointment of counsel granted. It is ordered that Carmen L. Massey, of Richmond, California, be, and she is hereby, appointed to serve as counsel for appellee Remillard in this case.

No. 70–5015. ARGERSINGER *v.* HAMLIN, SHERIFF. Sup. Ct. Fla. [Certiorari granted, 401 U. S. 908.] Motion for leave to cite supplemental authority granted.

No. 70–5061. KIRBY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. [Certiorari granted, 402 U. S. 995.] Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* granted and a total of 15 minutes allotted for that purpose. Counsel for petitioner allotted 15 additional minutes for oral argument.

No. 70–5276. MUREL ET AL. *v.* BALTIMORE CITY CRIMINAL COURT ET AL. C. A. 4th Cir. [Certiorari granted, 404 U. S. 999.] Motion to dispense with printing *amicus curiae* brief of Prison Research Council of the University of Pennsylvania Law School granted.

No. 71–5097. HUFFMAN *v.* BOERSEN. Sup. Ct. Neb. [Certiorari granted, 404 U. S. 990.] Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 71–5103. MORRISSEY ET AL. *v.* BREWER, WARDEN, ET AL. C. A. 8th Cir. [Certiorari granted, 404 U. S. 999.] Motion to dispense with printing *amicus curiae* brief of James H. Russell granted.